| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>JoAnn J. Perloski | Case Number:<br>1:2016-bk-02277 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   P.O. Box 1629<br>   Minneapolis, MN 55440-9790<br>   Telephone Number: 800-274-7025<br>Prior notice address:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   1000 Blue Gentian Road<br>   Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>   Wells Fargo Bank, N.A.<br>   Attention: Payment Processing<br>   MAC F2302-04C<br>   1 Home Campus<br>   Des Moines, IA 50328<br>   Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| **1.**    **Account Number: 5857 UCID: WFCMGE1602277PAM38205857** | | ___ Check this box if the account number has changed. |
| **2.**    **Court Claim Number: 2** | | |
| **3.**    **Signature:**<br><br> **Check the appropriate box.**<br>   X  **I am the creditor.**<br>      **I am the creditor's authorized agent.** (Attach copy of power of attorney, if any.)<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br> By:   /s/ Maranda Henderson Braswell           Date: 01/05/2022<br>        VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                    CASE NO.:     16-02277

JoAnn J. Perloski                               CHAPTER:     13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 06, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                             *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                         JoAnn J. Perloski
                                         1468 Timber Brook Drive
                                         Mechanicsburg, PA 17050

*Debtor's Attorney:*                *By CM / ECF Filing:*

                                         Paul Donald Murphy-Ahles
                                         Dethlefs Pykosh & Murphy
                                         2132 Market Street
                                         Camp Hill, PA 17011

*Trustee:*                             *By CM / ECF Filing:*

                                         Jack N Zaharopoulos (Trustee)
                                         Standing Chapter 13 Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036

                                                                /s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)